UNITED STATES of America, Plaintiff—Appellee,

v.

James Joseph OWENS, Defendant—Appellant.

No. 08–7701.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: Feb. 24, 2009.

James Joseph Owens, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens appeals the district court's orders directing amendment of the presentence report and denying Owens' motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Owens*, No. 8:78–cr–00017–F–1 (E.D.N.C. June 26 & Aug. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

**576**

and argument would not aid the decisional process.

*AFFIRMED.*

3:94-cr-00027-jpj-1, 2008 WL 2953733 (W.D.Va. July 30, 2008). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*